JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA MARIA BENSON,<br><br>             Plaintiff,<br><br>       v.<br><br>RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>             Defendants. | Case No. CV 20-02641-DMG (SHK)<br><br>**JUDGMENT** |

   Pursuant to the Order Dismissing Case, IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

DATED: November 28, 2022

　　　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
DOLLY M. GEE
United States District Judge